

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-24-00345 CV

_____

JOSEPH K. YAMMINE, Appellant

V.

CHANY DEVELOPMENT, INC., Appellee

---

On Appeal from County Court at Law No. 1
Tarrant County, Texas
Trial Court No. 2024-000167-1

---

Before Womack, Wallach, and Walker, JJ.
Memorandum Opinion by Justice Womack

# MEMORANDUM OPINION

Appellant Joseph K. Yammine, proceeding pro se, attempts to appeal the trial court's order denying his motion to vacate and set aside a final judgment and denying his objection to the issuance of a writ of possession. Yammine, however, is on the list of vexatious litigants subject to prefiling orders that is compiled by the Office of Court Administration of the Texas Judicial System. *See* Tex. Civ. Prac. & Rem. Code Ann. § 11.104. *See generally* http://www.txcourts.gov/judicial-data/vexatious-litigants. A clerk of a court may not file an appeal presented, pro se, by a vexatious litigant who is subject to a prefiling order unless the litigant obtains an order from the appropriate local administrative judge permitting the filing. *See* Tex. Civ. Prac. & Rem. Code Ann. § 11.103.

In an April 14, 2025 order, we notified Yammine that he had not provided this court with an order from the local administrative judge permitting the filing of his appeal. We warned him that we would dismiss the appeal unless he provided us with such an order from the local administrative judge by May 5, 2025. On May 6, 2025, Yammine filed a motion requesting that we grant him a thirty-day extension to provide the requisite order. We granted his motion that same day, ordering that Yammine provide the requisite order by June 4, 2025.

Despite our order that he do so, Yammine has not provided us with an order from the local administrative judge permitting him to file this appeal. Accordingly, we

dismiss Yammine's appeal.[1]  *See* Tex. R. App. P. 42.3, 43.2(f); *see also JW Constr. v. Queen Shiva, LLC*, No. 02-21-00019-CV, 2021 WL 832717, at *1 (Tex. App.—Fort Worth Mar. 4, 2021, no pet.) (mem. op.) (dismissing appeal because vexatious litigant—Yammine acting individually and on behalf of a separate entity—failed to demonstrate that he had obtained the local administrative judge's permission to file his appeal); *Morgan v. Abbott*, No. 02-19-00475-CV, 2020 WL 2073747, at *1 (Tex. App.—Fort Worth Apr. 30, 2020, no pet.) (per curiam) (mem. op.) (similar).

/s/ Dana Womack

Dana Womack
Justice

Delivered: July 3, 2025

---

[1]Today, we are issuing several other opinions dismissing appeals filed by Yammine because of this same issue.  *See* Nos. 02-24-00339-CV, 02-24-00341-CV, 02-24-00343-CV, 02-24-00344-CV, 02-24-00346-CV, 02-24-00347-CV.